IN THE UNITED STATES DISTRICT COURT

FILED

FOR THE DISTRICT OF MONTANA

JAN 25 2013

BILLINGS DIVISION

Clerk, U.S. District Court
District Of Montana
Billings

| In the Matter of the Seizure of Funds in Three Accounts Located at Wells Fargo Bank, N.A. | Cause No. MJ 13 05-BLG-CSO<br><br>ORDER |
|---|---|

The United States has filed a motion to allow the seizure warrant documents to be filed under seal. The Court has determined that good cause has been shown to file the documents under seal.

IT IS HEREBY ORDERED that the Clerk of District Court shall file under seal the following pleadings: (1) Application for a Warrant to Seize Property Subject to Forfeiture and attached Affidavit; (2) Warrant to Seize Property Subject to Forfeiture; and (3) Motion to File Under Seal.

IT IS FURTHER ORDERED that the pleadings shall remain under seal until further order of this Court.

DATED this 25th day January, 2013.

Carolyn S. Ostby
United States Magistrate Judge